# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 4/19/2022)

IN THE UNITED STATES DISTRICT COURT
FOR THE **Southern** DISTRICT OF **indiana**

(Full name of plaintiff(s))

**Cameron Ray Weir**

v.

(Full name of defendant(s))

**Captain, Charles Funk**

FILED
07/16/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Case Number:

2:24-cv-360-JMS-MKK

(to be supplied by clerk of court)

## A. PARTIES

1. Plaintiff is a citizen of **indiana** (State), and is located at

   **600 West Honey Creek Dr.**
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant **CPt. Charles Funk**
   (Name)

is (if a person or private corporation) a citizen of __INDIANA__
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Vigo County Jail    600 West honey creek Dr.__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I Cameron Ray Weir am a inmate at the Vigo County Jail. I was placed in a solitary confinement cell on the day of April 25th of 2024, due to Disciplinary Authorized By Captain, Charles Funk. I am currently still in this solitary cell, while being in this cell I have been locked down 24 hours a day 'not' recieving 1 hour of Daily exersize outside of my living area, I do 'not' get access to cleaning supplies, so my cell is constantly dirty, I do 'not' get to access a proper law library, I am 'refused'

Complaint - 2

a Change of Bedding every month 'Nor' Do I Get to Change my uniform or Get Access to Do laundry to wash my whites (under cloths). I Do Not Get a Shower every 3 Days and have went 5 Days without Being offerd a Shower and I am 'Denied' Church Services (Denied my religion). I have wrote Grievance after Grievance about these issues (electronically and written Grievances) They said they lost all of my written Grievances and Do Not answer my electronic Grievances. I have Brought what Cpt. Charles Funk and the Administration of the Vigo County Jail are Doing to me to Criminal Courts Attention and am Now Being transferd for Safe keeping Because my "eighth Amendment" is Being violated. (currently waiting to Be transferd to Safe keeping) I have had Several mental Break Downs Due to Being trapped in a cell 24 hours of the day 7days a Week and Now have Been placed on Several Diffrent psyc medicine. Because of it, I Cameron Weir wish to Seek Damages for my time spent in this Solitary Cell, (April 25th to Now and still under going this Cruel and unusal punishment) (There is Also No handbook or rule sheet at this Jail So I dont even know if my punishment is proper And I Dont know the rules)

Complaint - 3

C.     JURISDICTION

[✓]   I am suing for a violation of federal law under 28 U.S.C. § 1331.
        OR

[ ]   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.     RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I Cameron Weir wish to Be Awarded An Amount of $500,000 Due to All my pain and Suffering and want Captain Charles Funk and the Jail Administration Be ordered to make hand Books and rules sheets and be ordered to Follow All state and federal laws.

E.   **JURY DEMAND**

[✓]   Jury Demand - I want a jury to hear my case

OR

[ ]   Court Trial – I want a judge to hear my case

Dated this __6th__ day of __July__ 20__24__.

Respectfully Submitted,

__Cameron Weir__
Signature of Plaintiff

__37497__
Plaintiff's Prisoner ID Number

__600 West Honey Creek Dr.__
__Terre Haute, IN, 47802__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.   **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

__Cameron Weir__
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**

## FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.